No. 900. SHERIDAN ET AL., TRUSTEES, ET AL. *v.* ROTHENSIES, COLLECTOR OF INTERNAL REVENUE. March 9, 1942. Petition for writ of certiorari to the Circuit Court of Ap-

816

peals for the Third Circuit denied. *Messrs. Morris M. Wexler* and *Harry Shapiro* for petitioners. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. J. Louis Monarch, Newton K. Fox,* and *H. G. Ingraham* for respondent.